HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ORGANO GOLD INT'L, INC., a Washington corporation,

        Plaintiff,

        v.

LUIS VENTURA, an individual, LUZ ANGELA VENTURA, an individual; and L&A VENTURA MANAGEMENT, INC., a Texas corporation,

        Defendants.

NO. 2:16-CV-00487-RAJ

DECLARATION OF LUIS VENTURA IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

        I, Luis Ventura, do say and declare as follows:

        1.       I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.  I have not yet been served with summons and complaint in this action and, by making this declaration, do not intend to make an appearance in this action, and I reserve all of my defenses including those defenses that go to service of process and personal jurisdiction.

///

///

///

DECLARATION OF LUIS VENTURA IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 1
(CASE NO. NO. 2:16-CV-00487-RAJ)

GSB:7722028.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

## MY CAREER IN THE MLM INDUSTRY

2.     I have worked in the multi-level marketing ("MLM") industry since about 1994, when I started working at Amway, an MLM company. Since 1994 to the present, I have worked continuously in the MLM industry. During this span, I worked for approximately 10 different MLM companies. These companies provided a wide range of products that ranged from gasoline additives to nutritional products to hygiene products.

3.     During this long span, I accumulated numerous contacts in the MLM industry, which I acquired and maintain using my own resources. A large portion of these contacts were obtained through conferences, meetings, conventions, social events, group chats on the Internet that I attended or lead. A substantial number of these contacts became distributors who would be beneath me in my distribution line. Whenever I moved from one MLM company to another, it was my practice to inform my contacts and people in my "downline", *i.e.*, the people who were beneath me in my distribution line, which I was leaving. It was up to these people to decide for themselves if they wanted to stay in their current situation or move with me to my new venture. It is the norm in the MLM industry that when a distributor leaves, not every person in his or her downlines leaves as well. This is true in my situation as well.

## JOINING ORGANO

4.     In July 2009, John Sachtouras contacted me to solicit me to join Organo Gold International ("Organo"). I originally met Mr. Sachtouras when we both worked at Morinda International in 2004. Mr. Sachtouras solicited me to join Organo and to bring everyone in my down-line with me to Organo.

5.     As a result of Mr. Sachtouras' solicitation, I joined Organo in or about July 2009. As is my practice, I informed my contacts and people in my down-line that I was joining Organo. A number of people from my down-line did join Organo to continue working with me.

///

DECLARATION OF LUIS VENTURA IN OPPOSITION TO MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION - 2
(CASE NO. NO. 2:16-CV-00487-RAJ)

GSB:7722028.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

6.      I do not recall signing any documents or agreements at the time I joined Organo, and it is my best belief that I did not do so. When I initially joined Organo, my only contact was Mr. Sachtouras. It is my understanding that it was Mr. Sachtouras that entered my information into Organo's system. Neither Mr. Sachtouras nor anyone associated with Organo advised me before I started working with Organo that I would need to agree to a non-competition agreement or non-solicitation agreement. Further, neither Mr. Sachtouras nor anyone associated with Organo advised me that contact information for distributors and customers would be considered Organo's trade secrets.

7.      I served as a distributor for Organo between July 2009 and February 19, 2016. During that span, I was able to run a successful business venture with Organo. In 2015, my earned income was approximately $579,000. In 2014, my earned income was approximately $974,000. In 2013, my earned income was approximately $1.3 million. Through my perseverance and using only my personal resources, I was able to recruit thousands of distributors to join my distribution line at Organo. Organo did not provide me with funds to assist in my recruiting activities. The conferences at hotels and on the group chats rooms on the Internet where I met potential distributors were all paid from my personal funds.

8.      On February 24, 2013, approximately four years after I started working with Organo, I signed the Independent Organo Gold Distributor Application and Agreement Terms and Conditions (the "Application"). From the Complaint filed in this action, it is my understanding that the Application contains a non-competition agreement and incorporates Organo's Policies and Procedures ("Organo's Procedures").

9.      At the time I signed the Application, I was an independent contractor. After signing the Application, I remained an independent contractor. I did not receive a promotion, a bonus, or a fixed term of employment for signing the Application.

///

///

DECLARATION OF LUIS VENTURA IN OPPOSITION TO MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION - 3
(CASE NO. NO. 2:16-CV-00487-RAJ)

GSB:7722028.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

## DISTRIBUTORS' CONTACT INFORMATION IS NOT A TRADE SECRET

10.     It is my understanding from the Complaint and the Motion in this action that Organo is now claiming that its distributors' contact information is a trade secret. At no time prior to this lawsuit did anyone associated with Organo inform me that our contact information is a trade secret.

11.     Further, at no time during my entire tenure at Organo was distributors' contact information treated as secretive or confidential information. At conventions and conferences, thousands of distributors from numerous MLM companies would gather and exchange their contact information on business cards and promotional flyers. A true and correct copy of a business card and promotional material circulated at these conferences and events is attached here to as Exhibit 1. Organo's corporate executives were at these events and never informed me or any of the Organo distributors I went to the events with that providing our contact information on business cards or flyers was prohibited.

12.     Likewise, distributors' contact information is readily available on the Internet. To sell their products, distributors often create their own website promoting the products they sell. These websites include the distributors' contact information. A true and correct screenshot of an Organo distributor's website which openly shows his contact information is attached hereto as Exhibit 2.   As an Organo distributor, I also maintained my own website, which contained my own personal contact information. The website was approved by Organo. Organo never told me that my contact information was a trade secret that could not be disclosed on my webpage.

13.     Organo never instructed me or any of the distributors I worked with that our contact information should not be published to the public. Organo, in fact, openly promotes its distributors within the industry. On the website *www.businessforhome.org*, which is dedicated to the MLM industry, Organo provides a list of its top earners of2015 for public view at https://www.businessforhome.org/2015/04/organo-gold-top-earners-2015/. The list includes

DECLARATION OF LUIS VENTURA IN OPPOSITION TO MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION - 4
(CASE NO. NO. 2:16-CV-00487-RAJ)

GSB:7722028.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington  98101-2939*
*206 464 3939*

1  the identity of the distributor and, importantly, the distributor's own website which contains the

2  distributor's respective contact information. True and correct screenshots of the site and the

3  distributors' webpages are attached hereto as Exhibit 3 and Exhibit 4.

4      14.      Organo implies that obtaining a distributor's contact information is the only way

5  to contact them. Most distributors are very active on social media, such as Facebook. Thus,

6  distributors can easily be found and contacted through Facebook without using any purported

7  "trade secret."

8                              DISTRIBUTORS LEAVE ORGANO

9      15.      Starting in 2014, I noticed that a large number of high-level distributors were

10  leaving Organo. Prior to my termination, 43 high-level distributors, which are distributors that

11  have obtained the status of Diamond or higher, left Organo. Specifically, a few weeks before I

12  left, one distributor who was a Black Diamond and two distributors who were Diamond, left

13  Organo and went to One Coin, another MLM company. Joining them were a number of people

14  in their down-line as well as people within my down-line. I was not the cause for these

15  distributors' departure. It is my understanding from talking to them that the primary reason for

16  their departure was due to Organo's change in its compensation plan and the lack of support

17  from Organo's corporate office.

18      16.      At training events held for other distributors, Holton Boggs, the former vice-

19  president of sale and current "chief visionary" for Organo, would use the platform to disparage

20  distributors who had left and threaten the attendees that if they left, Organo had high-priced

21  attorneys to "hunt them down."

22      17.      On February 18, 2016, I went to dinner with Bernie Chua, Organo's CEO, and

23  Chris Pair Garza, an adviser to Organo, in Las Vegas. At the dinner, Mr. Chua admitted that

24  there were internal problems at Organo involving the lack of support and changes to the

25  compensation plan. Mr. Chua asked me to stay with Organo for an additional 90 days to allow

26  him to fix these issues. I advised Mr. Chua that Holton Boggs verbally abused the attendees at

DECLARATION OF LUIS VENTURA IN OPPOSITION TO MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION - 5
(CASE NO. NO. 2:16-CV-00487-RAJ)

GSB:7722028.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1   the training sessions and he made threats that they would not be able to speak on stage. I also

2   advised him that Organo should keep the promises that were made in terms of the

3   compensation plan. At that point, Mr. Garza informed me that if I left, Organo would sue Total

4   Life Changes, LLC ("TLC").

5         18.    On February 19, 2016, I registered for the 50K Event in Las Vegas. After

6   registering, I returned to my hotel room. Soon thereafter, Francisco Vazquez, a distributor

7   within my downline informed me that Organo terminated him that morning --- that while he

8   was in the lobby, an Organo personnel handed him a letter advising him that he was terminated.

9   I immediately attempted to log into my Organo-maintained "back office," which stores my

10   sales and financial information. My access was denied. It was clear to me that Organo had

11   terminated me as well. At the same time, Christelle Robert, an Organo corporate officer,

12   contacted me by telephone and requested that I come down to the lobby so that she could

13   discuss some issues with me. I declined and instead, asked that she come to my room to

14   discuss the issues. She never came to my room.

15         19.    At the time that Organo terminated me as an Organo distributor, I had

16   approximately 60,000 distributors in my downline.

17         20.    Because Organo terminated me in the morning, I never made it to the 50K

18   Event. At no time while I was in Las Vegas for the 50K Event did I ask for the contact

19   information of other distributors for the purpose of soliciting them. At no point during my stay

20   in Las Vegas did I ask for Organo's existing customers' contact information.

21         21.    A number of distributors did contact me once I was terminated because they

22   heard rumors of my termination. Depending on when the person contacted me, I responded

23   that I might join another MLM company or specifically identified TLC. At the time of my

24   termination, it is my understanding that Organo had over 1,000,000 active distributors

25   worldwide. My understanding is based on statements to this effect made in a speech given by

26   Organo's CEO, Bernie Chua at a Mexico convention in 2015, and similar statements made

DECLARATION OF LUIS VENTURA IN OPPOSITION TO MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION - 6
(CASE NO. NO. 2:16-CV-00487-RAJ)

GSB:7722028.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1 during two presentations made by Shane Morand, Global Master distributor for Organo. On all

2 three of these occasions, Messrs. Chua and Morand expressly stated that Organo had over

3 1,000,000 active distributors worldwide.

4       22.      After I was terminated as an Organo distributor, I decided to start a new

5 business venture with Total Life Changes. TLC is also a multilevel marketing company, but

6 focuses on different products than Organo. While Organo's primary product is coffee

7 containing ganoderma (a naturally occurring mushroom-based product regarded for its

8 therapeutic properties), TLC offers a much larger range of products, including teas, oils,

9 shapewear garments, skin care lotions, cleansing products, make-up products, weight loss

10 products, and nutritional supplementation products.

11       23.      Since joining TLC, I have not solicited any of Organo's existing customers. In

12 fact, I have made only $45.62 in total sales to customers since joining TLC, and that sale was

13 not to an existing customer of Organo.

14       24.      Prior to being informed that Organo had filed a motion in Washington state

15 court for entry of a Temporary Restraining Order, I was unaware that a lawsuit had been filed

16 against me in Whatcom County, Washington Superior Court. At no point prior to the filing of

17 the TRO motion did Organo ask me to participate in any type of mediation. If asked, I would

18 have agreed to participate in good faith in a nonbinding mediation.

19       25.      Recently, I learned that, after Organo filed this lawsuit against me, Organo sent

20 an email to all the distributors (Exhibit 5) advising them that I was being sued. It is my belief

21 that Organo is using me and this litigation as an example of what Organo will do to any

22 distributor who leaves. Organo is basically trying to scare distributors from leaving.

23       26.      It is my understanding that with its current motion for Temporary Restraining

24 Order and Preliminary Injunction, Organo is attempting to prevent me from working with TLC.

25 I am the primary bread-winner for my family. If an injunction is entered against me or my

26 company, such an order would prevent me from working in my chosen field and from earning

DECLARATION OF LUIS VENTURA IN OPPOSITION TO MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION - 7
(CASE NO. NO. 2:16-CV-00487-RAJ)

GSB:7722028.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1   income to support my family.  Any such order would be extremely burdensome to me and my

2   family.

3       I declare under penalty of perjury under laws of the United States that the foregoing is true

4   and correct.

5       Executed this 14th day of April, 2016.

6

7                                                   Luis Ventura

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206  464  3939

GSB:7722028.1

## CERTIFICATE OF SERVICE

I, Greta Nelson, certify under penalty of perjury of the laws of the State of Washington that on April 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all associated counsel of record.

Kevin A. Bay        kbay@tousley.com
                                     kstokes@tousley.com
                                     efile@tousley.com

James M. Bulthuis      JBulthuis@Tousley.com

Michael S. Brunet      mbrunet@gsblaw.com
                                     gnelson@gsblaw.com
                                     baboulhosn@gsblaw.com

Lawrence B. Steinberg      lsteinberg@buchalter.com
                                     kbrandon@buchalter.com
                                     docket@buchalter.com

Brandon Q. Tran      btran@buchalter.com
                                     kmills@buchalter.com

SIGNED this 14th day of April, 2016 at Seattle, Washington.

*s/ Greta Nelson*
Greta Nelson, Legal Assistant
GARVEY SCHUBERT BARER
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
Email: gnelson@gsblaw.com

DECLARATION OF LUIS VENTURA IN OPPOSITION TO MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION - 9
(CASE NO. NO. 2:16-CV-00487-RAJ)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

GSB:7722028.1

# EXHIBIT 1



"It's Easy, It's Simple.
It's Coffee"

ORGANO GOLD

Katty Mena
Independent Distributor

Phone: 1 786 281 7431
E-mail: katty@ogminds.com
Skype: kattymena
Facebook: katty.sophia

www.miamiminds.myorganogold.com

ORGANO GOLD
GOURMET
BLACK COFFEE
CAFÉ NOIR
WITH 100% CERTIFIED
GANODERMA EXTRACT
AVEC EXTRAIT DE
GANODERMA 100% CERTIFIÉ

GANA DINERO TOMANDO CAFÉ

Pregúntame Como
Katty Mena
001 (786) 281-7431
katty@ogminds.com
www.miamiminds.myorganogold.com

EXHIBIT 2




# EXHIBIT 3





(https://www.businessforhome.org/)

# Organo Gold Top Earners 2015

*by* TED NUYTEN *on* APRIL 7, 2015 (2015-04-07)



**Organo Gold Management**

355    0    45

Tweet    Like    G+1    Share

We have added several **Organo Gold Top Earners** to the Business For Home ranks, you find them in real time below.

Below distributor earnings are based on our **Confidential Top Earner Form** (https://www.businessforhome.org/top-earner-ranks-confidential-form/), public sources, conventions, up and downline information and are **estimated** due to the dynamics in pay plans. Business For Home collects top earners data since year 2007 and we publish on a daily basis important **Direct Selling News** (https://www.businessforhome.org/mlmposts/).

Income disclaimer: For below company the results are not typical and estimated. Discuss the company with professional advisors and experienced Direct Selling distributors before deciding to purchase or promote any of the products or services.

The company nor Business For Home.org does not guarantee that you will make any money from your use or promotion the products and services.

**About Organo Gold:**

Organo Gold is a global Network Marketing company on a mission to spread knowledge of Ganoderma to the entire world. The company vision is to help people improve their lives by reaching new levels of wellness, prosperity and balance, through the opportunity and products. In just five short years, this vision has helped millions around the world.

Today, Organo Gold is a thriving global family in a position to make a positive impact on a massive scale.

Organo Gold is now the proud corporate sponsor of the OG Cares Foundation, a non-profit organization that is helping create the leaders of tomorrow by enriching the lives of young people around the world.

# Search:

| WW Rank | Name | Company | Est. Month | Est. Year | Website |
|---------|------|---------|------------|-----------|---------|
| 38 | Holton Buggs | Organo Gold | $250,000 | $3,000,000 | http://www.organogold.com (http://www |

| 44 | Shane Morand | Organo Gold | $240,000 | $2,880,000 | http://www.organogold.com (http://www |
| 108 | David Imonitie | Organo Gold | $150,000 | $1,800,000 | http://www.organogold.com (http://www |
| 109 | John Sachtouras | Organo Gold | $150,000 | $1,800,000 | http://www.organogold.com (http://www |
| 110 | Jose Ardon | Organo Gold | $150,000 | $1,800,000 | http://www.organogold.com (http://www |
| 176 | Edwin Haynes | Organo Gold | $115,000 | $1,380,000 | http://www.organogold.com (http://www |
| 223 | Luis & Angela Ventura | Organo Gold | $100,000 | $1,200,000 | http://www.successteam.organogold.co |
| 460 | Ivan & Monik Tapia | Organo Gold | $75,000 | $900,000 | http://www.mejorvida.orgnaogold.com ( |
| 523 | Edgar & Noella Flores | Organo Gold | $65,000 | $780,000 | http://www.organogold.com (http://www |
| 567 | Domingo Herrera | Organo Gold | $60,000 | $720,000 | http://www.123asi.com (http://www.123 |
| 568 | Steve and Rhonda Martin | Organo Gold | $60,000 | $720,000 | http://www.ahealthyjava.com (http://ww |
| 622 | Zarko Drozdek | Organo Gold | $53,000 | $636,000 | http://www.organogold.com (http://www |
| 633 | Ivan Carbajal | Organo Gold | $52,000 | $624,000 | http://www.organogold.com (http://www |
| 707 | Abbey and Rene Ikeola | Organo Gold | $50,000 | $600,000 | http://www.organogold.com (http://www |
| 708 | Cosmas Magembe | Organo Gold | $50,000 | $600,000 | http://www.organogold.com (http://www |
| 709 | Diego & Lizbet Cajigal | Organo Gold | $50,000 | $600,000 | http://www.equipodepoder.organogold. |
| 710 | Dimitrios Gakis | Organo Gold | $50,000 | $600,000 | http://www.oneteam.organogold.com (I |
| 711 | Georg Doller | Organo Gold | $50,000 | $600,000 | http://www.organogold.com (http://www |
| 712 | Jarrod Wilkins & Craig Hill | Organo Gold | $50,000 | $600,000 | http://www.organogold.com (http://www |
| 713 | Jose Luis Rivas | Organo Gold | $50,000 | $600,000 | http://www.organogold.com (http://www |
| 714 | Marvin & Hioseth Martinez | Organo Gold | $50,000 | $600,000 | http://www.succesteam.organogold.cor |
| 802 | Sam & Kim Bean | Organo Gold | $45,000 | $540,000 | http://www.samuelbean.com (http://ww |
| 822 | Ramon Sosa | Organo Gold | $42,000 | $504,000 | http://www.organogold.com (http://www |
| 830 | Ezequiel Melendez | Organo Gold | $41,000 | $492,000 | http://www.europa.organogold.com (ht |
| 875 | Francisco Vazquez | Organo Gold | $40,000 | $480,000 | http://www.organogold.com (http://www |
| 876 | Humberto Duran | Organo Gold | $40,000 | $480,000 | http://www.humbertoduran.com (http:// |
| 964 | Maurillo & Teresa Guttierez | Organo Gold | $37,500 | $450,000 | http://www.organogold.com (http://www |
| 1095 | Rramon Arredondo & Irma Garcia | Organo Gold | $30,000 | $360,000 | http://www.organogold.com (http://www |
| 2032 | Chris Oliver | Organo Gold | $25,000 | $300,000 | http://www.organogold.com (http://www |
| 2033 | Emmanuel Bernstein | Organo Gold | $25,000 | $300,000 | http://www.organogold.com (http://www |
| 2034 | Jean-Noel Sirois | Organo Gold | $25,000 | $300,000 | http://www.empireliberty.organogold.c |

| 2035 | Jesus Volker Dominguez | Organo Gold | $25,000 | $300,000 | http://www.jesusvolker.organogold.com |
| 2036 | Laurent Piffard | Organo Gold | $25,000 | $300,000 | http://www.lpiffard.myorganogold.com ( |
| 2037 | Miguel Angel Maldonado | Organo Gold | $25,000 | $300,000 | http://www.organogold.com (http://www |
| 2195 | Diego Jansen | Organo Gold | $24,000 | $288,000 | http://www.corillocaffe.organogold.com |
| 2237 | Nam Do | Organo Gold | $22,000 | $264,000 | http://www.Coffeepreneur.com (http://w |
| 2342 | Maribel Martinez and Miguel Bobadilla | Organo Gold | $20,548 | $246,576 | http://www.latinosexitosos.organogold.c |
| 2453 | Andrea Blackley | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2454 | Bass Grant | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2455 | Bolivar Fernandez | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2456 | Bulmaro & Dora Gonzalez | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2457 | Casey, Deanna & Stephen Nilsen | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2458 | Esther Hernandez & Mario Castelan | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2459 | Francisco Martinez | Organo Gold | $20,000 | $240,000 | http://www.karatetijuana.organogold.co |
| 2460 | Gonzalo Heras | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2461 | Jacob & Yuli Camacho | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2462 | Joe Wilson | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2463 | Jose Luis Ochoa & Evelin Bonilla | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2464 | Joseph Wilson | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2465 | Karl & Angela Thompson | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2466 | Maria Jose Fernandez Soto | Organo Gold | $20,000 | $240,000 | http://www.espanya.organogold.com (h |
| 2467 | Maria Nava | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2468 | Marianne Noad | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2469 | Martin & Lisseth Fajardo | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2470 | Razvan Petcu | Organo Gold | $20,000 | $240,000 | http://www.coffeeclublifestyle.com (http |
| 2471 | Rod Smith | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2472 | Rodolfo & Melisa Rodriguez | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2473 | Ryan & Nikki Ideta | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2474 | Silas & Sherlyn King | Organo Gold | $20,000 | $240,000 | http://www.organogold.com (http://www |
| 2607 | Jeremy Roma | Organo Gold | $18,000 | $216,000 | http://www.Roma.organogold.com (http |

| | | | | | |
|---|---|---|---|---|---|
| 2608 | Rodrigo Sepulveda | Organo Gold | $18,000 | $216,000 | http://www.organogold.com (http://www |
| 4363 | Adele Lumia | Organo Gold | $15,000 | $180,000 | http://www.adelelumia.organogold.com |
| 4364 | Fernando Rodriguez and Janilda Amparo | Organo Gold | $15,000 | $180,000 | http://www.organogold.com (http://www |
| 4365 | Gloria & Adalberto Martinez | Organo Gold | $15,000 | $180,000 | http://www.organogold.com (http://www |
| 4366 | Jorge & Gaby Solis | Organo Gold | $15,000 | $180,000 | http://www.organogold.com (http://www |
| 4367 | Marcus & LaDonna Murray | Organo Gold | $15,000 | $180,000 | http://www.organogold.com (http://www |
| 4368 | Marcus & Sulma Lopez | Organo Gold | $15,000 | $180,000 | http://www.organogold.com (http://www |
| 4369 | Nidia Espinal | Organo Gold | $15,000 | $180,000 | http://www.organogold.com (http://www |
| 4943 | Distaphong Smitaksorn | Organo Gold | $12,000 | $144,000 | http://www.distaphong.myorganogold.c |
| 4944 | Jamil Kawasaki | Organo Gold | $12,000 | $144,000 | http://www.organogold.com (http://www |
| 5498 | Antonio Adair | Organo Gold | $10,000 | $120,000 | http://www.organogold.com (http://www |
| 5499 | Antonio Casas | Organo Gold | $10,000 | $120,000 | http://www.organogold.com (http://www |
| 5500 | Christian Guevara | Organo Gold | $10,000 | $120,000 | http://WWW.CGUEVARA.ORGANOGO |
| 5501 | Claudia & Raymundo Morin | Organo Gold | $10,000 | $120,000 | http://www.organogold.com (http://www |
| 5502 | Jose Ricardo Coello | Organo Gold | $10,000 | $120,000 | http://sinergia.myorganogold.com/ (http |
| 5503 | Varlam Grigoryan | Organo Gold | $10,000 | $120,000 | http://www.gvictorytime.com (http://www |
| 5641 | Michael Stevens | Organo Gold | $9,500 | $114,000 | http://funlandmarketing.organogold.con |
| 5785 | Joel and Chris Medina | Organo Gold | $8,600 | $103,200 | http://www.organogold.com (http://www |
| 5865 | Oliva Tavrez & Billy Berroa | Organo Gold | $8,200 | $98,400 | http://www.organogold.com (http://www |
| 5972 | Billy Berroa | Organo Gold | $8,000 | $96,000 | http://www.billyberroa.com (http://www. |
| 6097 | Hieu Dong | Organo Gold | $7,500 | $90,000 | http://www.duong.organogold.com (http |
| 6098 | William Portillo | Organo Gold | $7,500 | $90,000 | http://www.equipoexcelencia.organogol |
| 6174 | James Hu | Organo Gold | $7,000 | $84,000 | http://www.jumbocafe.organogold.com |
| 6175 | Tommaso Aloisi | Organo Gold | $7,000 | $84,000 | http://www.tommasoaloisi.organogold.c |
| 6226 | Jonathan Figueroa | Organo Gold | $6,800 | $81,600 | http://www.NewHealthyMe.OrganoGok |
| 6244 | Sly and Ronnette Corley | Organo Gold | $6,500 | $78,000 | http://www.cafe1d.com (http://www.cafe |
| 6427 | Hayat Zamayar | Organo Gold | $6,000 | $72,000 | http://www.cafehayat.com (http://www. |
| 6428 | Toanui Llaona | Organo Gold | $6,000 | $72,000 | http://www.mycoffeeteam.organogold.c |
| 7444 | Soraya van Look & Barend van der waart | Organo Gold | $5,200 | $62,400 | http://www.organogold.com (http://www |
| 8455 | David Ikosa | Organo Gold | $5,000 | $60,000 | http://www.davidikosa.organogold.com |

| 8456 | Francisco Vazquez | Organo Gold | $5,000 | $60,000 | http://www.lospioneros.organogold.com |
| 8457 | Jacob Rakowski | Organo Gold | $5,000 | $60,000 | http://www.organogold.com (http://www |
| 8458 | Jean Paul Dupre | Organo Gold | $5,000 | $60,000 | http://www.cafepremiumgourmet.myorg |
| 8459 | Raynald Couture | Organo Gold | $5,000 | $60,000 | http://www.libertplus.organogold.com (I |

Showing 1 to 94 of 94 entries

<< Previous     Next >>

EXHIBIT 4

The Martins I Distributor I 1181001 I Canada I I Phone: 587-439-5800

COUNTRY

START A BUSINESS

LOGIN

ⒸRGANO™

About the Gold

# EXHIBIT 5

**From:** Organo™ <<u>noreply@organogold.com</u>>
**Date:** March 11, 2016 at 12:00:27 PM EST
**To:** "Jose Luna" <<u>lunapfs@yahoo.com</u>>
**Subject: Corporate Statement on Luis Ventura**

Is this email not displaying correctly?
<u>Click here to see a web copy of this email</u>

<u>Forward link to a frie</u>

# Organo Website | OG Store



<u>Español</u>



March 11, 2016

In response to the recent termination of ORGANO Crown Diamond Luis Ventura, ORGANO has

issued the following statement:

> ORGANO has filed a lawsuit against terminated ORGANO Independent Distributor Crown Diamond Luis Ventura and others for breach of contract, misappropriation of trade secrets, and tortious interference. The Company contends that Mr. Ventura's actions wrongfully interfered with and damaged the business interests of countless Distributors, as well as the company's ability to do business in a number of countries where ORGANO currently has operations. The lawsuit seeks monetary damages, as well as injunctive relief to permanently stop the Defendants' wrongful activities.

> The lawsuit against Mr. Ventura was filed as a result of an aggressive internal investigation that is currently ongoing. Additional former ORGANO Distributors will likely face similar actions.

> "ORGANO will aggressively and relentlessly protect its Independent Distributors and their ORGANO businesses now and in the future from this predatory type behavior" stated Bernardo Chua, Founder and Chief Executive Officer.

*Founded in 2008, ORGANO™ brings the treasures of the earth to the people of the world by offering a variety of premium everyday products including coffees, teas, nutraceuticals and personal care items. The company currently operates in 50 countries on six continents and is privately held. For more information about ORGANO™, visit our website at www.organogold.com.*

**You are receiving this email because lunapfs@yahoo.com opted-in to receive newsletters as an Organo Gold Independent Distributor. If you no longer wish to receive newsletter from Organo Gold, click here to unsubscribe.**
**Please do not reply to this message since replies to this message are routed to an unmonitored mailbox and won't be read or responded to. If you wish to contact us, please go to https://support.organogold.com.**
**Click here to report this email for abuse**

Copyright © 2015 OrganoGold.com. All Rights Reserved.
Organo Gold Enterprises, Inc.
12148 Horseshoe Way
Richmond, BC V7A 4V5
Canada