1

HONORABLE RICHARD A. JONES

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

10

ORGANO GOLD INT'L, INC., a Washington corporation,

11

Plaintiff,

NO. 2:16-CV-00487-RAJ

12

v.

13

LUIS VENTURA, an individual, LUZ ANGELA VENTURA, an individual; and

14

L&A VENTURA MANAGEMENT, INC., a Texas corporation,

DECLARATION OF GIANSALVO LICARI IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

15

Defendants.

16

17

18

I, Giansalvo ("John") Licari, do say and declare:

19

1.      I am the chief operating officer ("COO") of Total Life Changes, LLC ("TLC").

20

As such, I oversee all of TLC's daily operations and report directly to the chief executive

21

officer, Jack Fallon.  I have personal knowledge of the facts stated in this declaration and, if

22

called as a witness, could and would testify competently thereto.

23

2.      TLC is a nutritional supplement company which uses the marketing (multi-level)

24

network distribution channel to sell a wide range of consumer products.  TLC's range of products

25

includes teas, oils, shapewear garments, skin care lotions, cleansing products, make-up products,

26

weight loss products, and nutritional supplementation products.  In total, TLC has a total of

DECLARATION OF GIANSALVO LICARI IN OPPOSITION TO
MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 1
(CASE NO. NO. 2:16-CV-00487-RAJ)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

GSB:7721992.1

1  forty-eight (48) different products that are available for sale.  Of these forty-eight (48) products,

2  only five are ganoderma-infused coffee.  In 2015, TLC's sales of ganoderma-infused coffee

3  represented only 5.7% of total sales, and more than ninety percent (90%) of TLC's product sales

4  were of products having nothing to do with ganoderma.

5      I declare under penalty of perjury under laws of the United States that the foregoing is true

6  and correct.

7      Executed this 13th day of April, 2016 at Fair Haven, Michigan.

8

9                                     Giansalvo  Licari

DECLARATION OF GIANSALVO LICARI IN OPPOSITION TO
MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 2
(CASE NO. NO. 2:16-CV-00487-RAJ)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

GSB:7721992.1

**CERTIFICATE OF SERVICE**

I, Greta Nelson, certify under penalty of perjury of the laws of the State of Washington that on April 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all associated counsel of record.

Kevin A. Bay                              kbay@tousley.com
                                          kstokes@tousley.com
                                          efile@tousley.com

James M. Bulthuis                         JBulthuis@Tousley.com

Michael S. Brunet                         mbrunet@gsblaw.com
                                          gnelson@gsblaw.com
                                          baboulhosn@gsblaw.com

Lawrence B. Steinberg                     lsteinberg@buchalter.com
                                          kbrandon@buchalter.com
                                          docket@buchalter.com

Brandon Q. Tran                           btran@buchalter.com
                                          kmills@buchalter.com

SIGNED this 14th day of April, 2016 at Seattle, Washington.

*s/ Greta Nelson*
Greta Nelson, Legal Assistant
GARVEY SCHUBERT BARER
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
Email: gnelson@gsblaw.com

DECLARATION OF GIANSALVO LICARI IN OPPOSITION TO
MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 3
(CASE NO. NO. 2:16-CV-00487-RAJ)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939*

GSB:7721992.1