HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ORGANO GOLD INT'L, INC., a Washington corporation,

Plaintiff,

v.

LUIS VENTURA, an individual, LUZ ANGELA VENTURA, an individual; and L&A VENTURA MANAGEMENT, INC., a Texas corporation,

Defendants.

NO. 2:16-CV-00487-RAJ

DECLARATION OF LAWRENCE B. STEINBERG IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Lawrence B. Steinberg, do say and declare:

1.     I am an attorney at law, duly admitted to practice before all courts of the State of California, and admitted *pro hac vice* in this court.  I am a shareholder of the law firm of Buchalter Nemer, one of the attorneys herein for defendant L&A VENTURA MANAGEMENT, INC. ("defendant").  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

2.     On April 5, 2016, I sent a letter to Kevin Bay, counsel for plaintiff ORGANO GOLD INT'L, INC. ("Organo"), regarding Organo's failure to comply with the requirement contained in paragraph 21 of the "Independent Organo Gold Distributor Application and

DECLARATION OF LAWRENCE B. STEINBERG IN OPPOSITION
TO MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 1
(CASE NO. NO. 2:16-CV-00487-RAJ)

GSB:7721894.3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

1  Agreement Terms and Conditions" (the "Application") which required Organo, before it

2  initiated litigation, to attempt to resolve this dispute by participating in nonbinding mediation.

3  In my letter, I demanded that the lawsuit (which had just been removed to federal court) be

4  dismissed until such time as the parties have engaged in mediation, and until the condition

5  precedent contained in the Application had been satisfied.  A true and correct copy of my

6  April 5, 2016 letter is attached hereto as <u>Exhibit 6</u>.

7       3.     On April 6, 2016, I spoke by telephone with Organo's attorney, Kevin Bay.

8  Among the topics discussed was my letter of the prior day and defendant's demand that the

9  parties participate in the nonbinding mediation required by the Application.  During this call,

10  Mr. Bay advised me that he did not believe that the referenced contractual provision applied

11  because the lawsuit was for injunctive relief, and he further advised me that Organo's current

12  position was that mediation would be a waste of time and Organo would not dismiss the

13  lawsuit.  Mr. Bay did say he would think about this issue and discuss it with his client but, as of

14  the date of this declaration, I have not heard any further from Mr. Bay on this subject.

15       4.     After reviewing Organo's moving papers in support of its motion for temporary

16  restraining order and preliminary injunction, I ascertained that one of the reasons why the

17  Motion should not be granted pertained to Organo's contention that there were very few

18  companies which manufactured and sold ganoderma-infused coffee, and to determine who, in

19  fact, could be considered as competitors to Organo with respect to the sale of this category of

20  product.  In order to see whether this was, in fact, the case, on April 12, 2016, I spent

21  approximately fifteen (15) minutes searching the Internet with the Google search engine, and

22  looking on Amazon and eBay.  In the course of this brief search, I quickly identified nine

23  additional companies (besides Organo) that manufacture ganoderma-infused coffee and tea.

24  These companies are listed in the footnote.[1]  Additionally, on the website

25  _____

[1] (1) Gano Excel USA, Inc., (2) Healthy Java Shop, (3) Avarle, (4) Ganoderma Coffee (*ganodermacoffee.com*), (5) Longreen Corp. (Reishi coffee), (6) Madre Labs, (7) Health King Enterprise and Balanceuticals Group, Inc. (manufactures Health King Herbal Tea Series), (8) Nevada Coffee & Tea Co. (nevadacoffee.com), and (9) GanoLife (GanoLife Black Coffee, GanoLife Latte, GanoLife Mocha, etc.).

DECLARATION OF LAWRENCE B. STEINBERG IN OPPOSITION
TO MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 2
(CASE NO. NO. 2:16-CV-00487-RAJ)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

1   *www.businessforhome.org*, I located an article dated April 14, 2014 (attached hereto as

2   Exhibit 7) which lists ten multilevel marketing companies in the healthy coffee industry; it

3   appears from the article that at least five of these companies include ganoderma-infused coffee

4   among their products.  Interestingly, Total Life Changes, LLC is not one of the companies

5   listed in this article as a company selling products in this market.

6       5.      As part of my due diligence in preparation for this matter, I obtained a report

7   (the "PrivCo Report") pertaining to Organo from PrivCo, a research firm which specializes in

8   gathering information pertaining to privately held companies.  The PrivCo Report contains a

9   section entitled "Charts, Financials, & Statistic" which lists certain information and financial

10  data regarding Organo, including, for three recent calendar years, the number of Organo

11  distributors.  This report lists Organo as having 350,000 distributors during calendar year 2012,

12  the most recent year for which data is available.  The PrivCo Report lists the source of this

13  information as being "Organo Gold Intl Financials 2012."  A true and correct copy of an

14  excerpt of the PrivCo Report is attached hereto as Exhibit 8.  The complete report is available,

15  and will be provided to the court upon request.

16      I declare under penalty of perjury under the laws of the United States that the foregoing

17  is true and correct.

18      Executed this 14th day of April, 2016 at Los Angeles, California.

19

20                              BUCHALTER NEMER

21  By  *Lawrence Steinberg*

    Lawrence B. Steinberg, CSBA #101966

22      LSteinberg@buchalter.com

    1000 Wilshire Boulevard, Suite 1500

23  Los Angeles, CA  90017-1730

    Phone:  (213) 891-0700

24  Attorney for defendant

    L&A VENTURA MANAGEMENT, INC.

25

26

DECLARATION OF LAWRENCE B. STEINBERG IN OPPOSITION
TO MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 3
(CASE NO. NO. 2:16-CV-00487-RAJ)

GSB:7721894.3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

1

## <u>CERTIFICATE OF SERVICE</u>

2          I, Greta Nelson, certify under penalty of perjury of the laws of the State of Washington

3   that on April 14, 2016, I electronically filed the foregoing document with the Clerk of the Court

4   using the CM/ECF system which will send notification of such filing to all associated counsel

5   of record.

6          Kevin A. Bay                              kbay@tousley.com
                                                     kstokes@tousley.com
7                                                    efile@tousley.com

8
           James M. Bulthuis                         JBulthuis@Tousley.com
9

10         Michael S. Brunet                         mbrunet@gsblaw.com
                                                     gnelson@gsblaw.com
11                                                   baboulhosn@gsblaw.com

12         Lawrence B. Steinberg                     lsteinberg@buchalter.com
                                                     kbrandon@buchalter.com
13                                                   docket@buchalter.com

14         Brandon Q. Tran                           btran@buchalter.com
                                                     kmills@buchalter.com
15

16         SIGNED this 14th day of April, 2016, at Seattle, Washington.

17

18                                            *s/ Greta Nelson*
                                              Greta Nelson, Legal Assistant
19                                            GARVEY SCHUBERT BARER
                                              1191 Second Avenue, 18th Floor
20                                            Seattle, WA  98101-2939
                                              Phone:  (206) 464-3939
21                                            Fax:  (206) 464-0125
                                              Email:  gnelson@gsblaw.com
22

23

24

25

26

DECLARATION OF LAWRENCE B. STEINBERG IN OPPOSITION
TO MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION - 4
(CASE NO. NO. 2:16-CV-00487-RAJ)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

GSB:7721894.3

# EXHIBIT 6



1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Client No. F1383.0002
Direct Dial Number: (310) 460-4481
Direct Facsimile Number: (310) 282-8213
E-Mail Address: *LSteinberg@buchalter.com*

April 5, 2016

<u>VIA E-MAIL</u>

Kevin A. Bay, Esq.
James Bulthuis, Esq.
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA  98101

      Re:    <u>*Organo Gold Int'l, Inc. v. Luis Ventura, et al.*</u>

Dear Mr. Bay and Mr. Bulthuis:

      We are attorneys for Luis Ventura and L&A Ventura Management, Inc. ("L&A") (collectively, "defendants").

      We are, of course, aware of the lawsuit which your client filed in Whatcom County Superior Court, and, as you have seen this afternoon, we have now removed the case to federal court (the "Lawsuit").

      Without admitting that the documents attached to plaintiff's TRO papers are, in fact, binding on defendants, we do note the provision contained in paragraph 21 of the "Independent Organo Gold Distributor Application and Agreement Terms and Conditions" (the "Putative Agreement") pertaining to mediation:

> "In the event of a dispute between an Independent Distributor and
> Organo Gold arising from or relating to the Agreement, or the
> rights and obligations of either party, the parties shall attempt in
> good faith to resolve the dispute through nonbinding mediation as
> more fully described in the Policies and Procedures.  Organo Gold
> shall not be obligated to engage in mediation as a prerequisite to
> disciplinary action against an Independent Distributor.  If the
> parties are unsuccessful in resolving their dispute through
> mediation, the dispute shall be settled totally and finally by
> arbitration as more fully described in the Policies and Procedures."

Kevin A. Bay, Esq.
James Bulthuis, Esq.
April 5, 2016
Page 2

It is clear from this provision that plaintiff was required, before it initiated litigation, to attempt, in good faith, to resolve its dispute with defendants by participating in nonbinding mediation.  This plaintiff did not do.

Accordingly, plaintiff has failed to satisfy a *condition precedent* to initiating litigation, and the filing of the Lawsuit was premature and improper.  *Absher Constr. Co. v. Kent Sch. Dist. No. 415*, 77 Wn.App. 137, 146, 890 P.2d 1071, 1075 (1995).  *See also, Delamater v. Anytime Fitness, Inc.*, 722 F.Supp.2d 1168, 118-81 (E.D.Cal. 2010) (failure to mediate where contract makes mediation a condition precedent to filing lawsuit warrants dismissal); *Tombs v. Northwest Airlines*, 83 Wn.2d 157, 162 (1973) (where agreement provides for method of resolving disputes, that method must be pursued before either party can resort to the courts for relief).

Defendants hereby demand that the Lawsuit be dismissed until such time as the parties have engaged, in good faith, in mediation, and until the condition precedent contained in the Putative Agreement has been satisfied.

Without any admission as to any matter, defendants are prepared, as soon as the Lawsuit has been dismissed, to participate, in good faith, in nonbinding mediation as provided for in the Putative Agreement.

All of our client's rights are expressly reserved including, especially, all rights, claims and defenses pertaining to jurisdiction, service of process and the enforceability of the putative contractual documents.

Please contact the undersigned to discuss this matter further.

Thank you for your anticipated courtesy and cooperation.

Very truly yours,

BUCHALTER NEMER,
A Professional Corporation

Lawrence B. Steinberg

LBS:kb
20522850_1

cc:    Michael S. Brunet, Esq.

# EXHIBIT 7

)

ERS/)



(https://www.businessforhome.org/)

# Top Coffee Network Marketing And MLM Opportunities

*by* TED NUYTEN *on* APRIL 14, 2014 (2014-04-14)


Tweet    Like    G+1    Share



Coffee plants are cultivated in more than 70 countries, primarily in equatorial Latin America, Southeast Asia, and Africa.

Once ripe, coffee "berries" are picked, processed and dried to yield the seeds inside. The seeds are then roasted to varying degrees, depending on the desired flavor, before being ground and brewed to create coffee.

According to the coffee industry:

Coffee is the second most consumed drink, only surpassed by water.
Coffee is the second most traded commodity, only surpassed by oil.
200 billion cups are consumed daily around the world.

As a MLM or Network Marketng opportunity a growing number of companies offer a business opportunity around (healthy) cofffe. Below you find an overview, without any particular order 😊

**Gano Excel (http://www.ganoexceI.com/)**

Instant coffee with Hazelnut and Ganoderma Lucidum with a rich aroma and the flavour of fresh brewed coffee. It's a convenient "anytime" drink that is ready in seconds. Gano Excel is an internationally recognized and rapidly growing direct sales company that established operations in 1995.

Featuring the world's largest 100% organic ganoderma lucidum (reishi) plantation, an internationally recognized Good Manufacturing Practices (GMP) factory, and an effective direct selling network in over 68 countries, Gano Excel is the leading company in research, cultivation, and production of innovative world-class ganoderma lucidum nutritional products, beverages, and personal care products.

**Javita (http://www.javita.com)**

Based in Boca Raton, Florida, Javita is a debt-free company started by a group of successful business people who love coffee and believe in the direct-selling method of distribution. Combined, the Javita team has more than a century's worth of industry experience and they have built successful companies in the U.S. and abroad. Javita was created to provide a long-term "home" for people interested in a part-time or full-time business opportunity.

**Sisel International** (http://www.siselinternational,com)

Sisel Kaffé combines it's famous black coffee, made from delicious Panama Boquete Gesha Coffee Beans and four health promoting supplements, with a blend of four core weight loss support ingredients and seven thermogenic fat burning ingredients to support your weight loss goals. With Weight Loss Kaffé, you get the award winning taste of Panama coffee and the weight loss support you need to help you achieve your goals in a delicious way.

## Organo Gold (http://www.organogold.com)

Organo Gold is a global Network Marketing company on a mission to spread knowledge of Ganoderma to the entire world.The company's primary products are premium coffees, teas and cocoa enhanced with renowned Chinese herbal powders such as Ganoderma and Panax Ginseng.

## SereniGy (http://www.serenigy.com/)

SereniGy utilizes 100% Arabica Bean Coffee grown at high altitude for higher ph value. Green beans are imported to USA for a small batch, slow roast proprietary roasting. Health component of the 100% Certified Organic Reishi mushroom is processed using nano-technology making nutrient component up to 98% immediately absorbable at ingestion.

## Sozo Global (http://www.sozoglobal.com)

As a Multi-Level Marketing business headquartered in Austin, Texas, Sozo is dedicated to providing a once in a lifetime opportunity to their distributors. Sozo offers healthy products and a chance to run your own business at the pace that you choose. In the case of SOZO Select, we have added an extract that comes from the coffee fruit itself, which no other coffee company offers. This coffee fruit extract is known as CoffeeBerry®, and it provides an abundance of poly-phenols and phenolic acid that cannot be matched by any other plant.

## JavaFit (http://www.youngevity.net/category/javafit.html)

JavaFit Gourmet Coffee features a blend of 100% premium Arabica coffee from the finest regions of Latin America. The freshly roasted beans in each unique blend are carefully chosen by our experienced staff to create a delicious, full-bodied flavor and irresistible aroma. Many of our consistently rich, gourmet coffees are packed with vitamins, minerals and supplements to support a healthy lifestyle.

## DXN (http://www.dxn2u.com/)

The core business activities of DXN include cultivation, manufacturing and marketing of the health food supplements. Based in Malaysia with worldwide operation, the company is well-known for its Ganoderma business. DXN was founded by Dato´ Dr. Lim Siow Jin, a graduate from the prestigious Indian Institute of Technology. Dato´ Dr. Lim started the business in quest of the benefits of mushroom on human health.

## GanoLife International (http://www.ganolife.com/)

All of the products are infused with Ganoderma lucidum in its most powerful form, a raw, whole food. This form provides 100% of the power of Ganoderma without losing any of its benefits. From a wide selection of coffeehouse beverages to top quality personal care items, there is truly something for everyone at GanoLife.

**Healthy Habits Global** (http://www.healthyhabitsglobal.com/)

Healthy Habits coffee is enriched with Reishi (Ganoderma Lucidium), one the most versatile all natural herbs know to man. Every great tasting cup has 154 antioxidants and 200 phytonutrients that promote the body's ability to function in an optimal state.

# EXHIBIT 8

# Organo Gold Int'l, Inc.

Created April 11, 2016

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit:
www.privco.com/private-company/organo-gold



# Organo Gold Int'l, Inc.

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit:
www.privco.com/private-company/organo-gold

## TABLE OF CONTENTS

| | |
|---|---|
| Business Summary | 3 |
| Company Overview | 4 |
| Industry Information | 5 |
| Competitors & Comparables | 5 |
| Charts, Financials, & Statistics | 6 |
| Detailed Business Description | 7 |
| Exhibits | 9 |
| About PrivCo | 14 |
| Legal Disclaimer | 15 |



# Organo Gold Int'l, Inc.

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit:
www.privco.com/private-company/organo-gold

## BUSINESS SUMMARY

Organo Gold is a privately-held company that specializes in a line of beverages supplemented with the spores of Ganoderma Lucidum, as well as a line of nutraceuticals. The company focuses on spreading the health benefits of Ganoderma by combining them with commonly-consumed tea, coffee, and chocolate drinks. Organo Gold was founded in 2008 by Bernardo Chua and has two headquarters: one in Ferndale, Washington, and the other in Richmond, British Columbia.



# Organo Gold Int'l, Inc.

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit: www.privco.com/private-company/organo-gold

## COMPANY OVERVIEW

| | | |
|---|---|---|
| Year Founded: | 2008 | |
| Formerly Named: | Organo Gold International | |
| Fiscal Year End: | 12/31 | |
| 1YR Revenue Growth Rate: | -0.5% | |
| 3YR Revenue Growth Rate (CAGR): | 12.6% | |
| 1YR Employee Growth Rate: | 10% | |
| 3YR Employee Growth Rate (CAGR): | 18.2% | |
| City: | Richmond | |
| State/Province: | British Columbia | |
| Postal Code: | V7A 4V5 | |
| Country: | Canada | |
| Phone: | 604-638-6840 | |
| Website: | www.organogold.com | |
| Twitter: | http://www.twitter.com/Organo Gold | |
| Facebook: | http://www.facebook.com/organogold | |

**Corporate Organization**

Founders:                     Bernardo Chua



Visit PrivCo.com now for financial research on over 901,454 private companies and 114,367 private market deals.
2016Copyright PrivCo LLC - Copying is Prohibited                April 2016 | www.privco.com          4

# Organo Gold Int'l, Inc.

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit: www.privco.com/private-company/organo-gold

## INDUSTRY INFORMATION

Industry Codes

PICS™:   12003™, 400404™, 400405™, 400499™

NAICS:   44, 445, 45, 4543, 5322

SIC:   208, 59, 5963

PrivCo Industries (Sector > Industry > Sub-Industry)

Retail > Direct Sales
Consumer Products > Beverages > Enhanced Beverages
Consumer Products > Beverages > Fruit & Vegetable Juices
Consumer Products > Beverages > Other Beverages

The PrivCo Industry Classification System™ (PICS) is our proprietary, modernized industry classification system, geared especially toward privately-held companies and including newer emerging sub-industries that are not reflected in other outdated industry classification systems, such as SIC and NAICS.

## COMPETITORS & COMPARABLES

Competitors

Folgers
Kicking Horse Coffee Co. Ltd.
Maxwell House
Starbucks Corporation



# Organo Gold Int'l, Inc.

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit: www.privco.com/private-company/organo-gold

## CHARTS, FINANCIALS, & STATISTICS

| Organo Gold Int'l Income Statement | Organo Gold Int'l Financials 2014 | Organo Gold Int'l Financials 2013 | Organo Gold Int'l Financials 2012 | Organo Gold Int'l Financials 2011 | Organo Gold Int'l Financials 2010 | Organo Gold Int'l Financials 2009 | Organo Gold Int'l Financials 2008 |
|---|---|---|---|---|---|---|---|
| Revenues | $214.00 MM | $215.00 MM | $271.00 MM | $150.00 MM | $60.00 MM | $15.00 MM | $1.00 MM |
| Organo Gold Int'l Employee Figures | Organo Gold Int'l Employee Figures 2014 | Organo Gold Int'l Employee Figures 2013 | Organo Gold Int'l Employee Figures 2012 | Organo Gold Int'l Employee Figures 2011 | Organo Gold Int'l Employee Figures 2010 | Organo Gold Int'l Employee Figures 2009 | Organo Gold Int'l Employee Figures 2008 |
| Total Employees | | 1,650 | 1,500 | 1,200 | 1,000 | | |
| Productivity (Revenue/Employee) | | $130,303 | $180,667 | $125,000 | $60,000 | | |
| Organo Gold Int'l Miscellaneous Statistics | Organo Gold Int'l Financials 2014 | Organo Gold Int'l Financials 2013 | Organo Gold Int'l Financials 2012 | Organo Gold Int'l Financials 2011 | Organo Gold Int'l Financials 2010 | Organo Gold Int'l Financials 2009 | Organo Gold Int'l Financials 2008 |
| Distributors | | | 350,000 | 175,000 | 60,000 | | |

Financial Notes:
*    Organo Gold Int'l, Inc. fiscal year end: 12/31

Visit PrivCo.com now for financial research on over 901,454 private companies and 114,367 private market deals.

2016 Copyright PrivCo LLC - Copying is Prohibited          April 2016 | www.privco.com          6

# Organo Gold Int'l, Inc.

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit: www.privco.com/private-company/organo-gold

## DETAILED BUSINESS DESCRIPTION

### Organo Gold, Inc. Business Model

Organo Gold, Inc. is a privately-held company that focuses on selling a line of beverages supplemented with the mushroom Ganoderma Lucidum. Organo Gold, Inc.'s products include both nutraceuticals and common drinks such as coffee, tea, and hot chocolate. Organo Gold was founded in 2008 by Bernardo Chua and is based in Ferndale, Washington and Richmond, British Columbia.

### Products

Organo Gold markets a brand of beverages supplemented with the spores of Ganoderma Lucidum, as well as a line of nutraceuticals. All products are claimed to be 100% organic, with the capacity to enhance life and vitality. The company's portfolio of beverages include hot chocolate, tea, and multiple types of coffee, such as black, latte, and mocha. Organo Gold Nutraceuticals are supplements that contain three Ganoderma-derived products: spores, mycellium, and the Ganoderma mushroom itself, all in capsule form. This line also contains a grape-seed oil extract.

### Organo Gold, Inc. Revenue

Organo Gold does not offer its products through retail stores or coffeehouses. Instead, individual distributors purchase products from the Organo Gold company wholesale. These representatives are responsible for selling the products by their own efforts and earn a 50 percent commission on sales. Organo Gold uses multilevel marketing, in which individuals promote and sell the company's products on a recurring basis. Distributors, sales teams, and the company all share profits as part of the Organo's "domino effect" system. Representatives are encouraged, but not required, to place bulk orders.

Under company rules, representatives are required to sell products for at least a 50% markup over wholesale prices. The basic starting level for a prospective representative seeking to join Organo Gold will cost $49, and includes a business kit, product samples, one year's access to the online back-office, and a "replicating" website. A variety of other promotional packages can be bought to supplement the starter kit including the Bronze Beverage Pack ($150), OG Bronze Supplement Pack ($150), Silver Pack ($450), and Gold Pack ($1,245.00). There are also bonuses paid to representatives that purchase the supplemental starter packs.

### Recent Developments

Organo Gold is planning to expand internationally, and is focused on opening new locations in the US, Canada, Europe, Brazil, Ecuador, Chili, Taiwan, Philippines, Malaysia, Mexico, Jamaica, Peru, Dominican Republic, and Japan.

Visit PrivCo.com now for financial research on over 901,454 private companies and 114,367 private market deals.

2016Copyright PrivCo LLC - Copying is Prohibited          April 2016 | www.privco.com          7

# Organo Gold Int'l, Inc.

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit: www.privco.com/private-company/organo-gold

Nearly all people drink coffee, tea, or hot chocolate, and most people use some form of skin care. The company's primary business model is selling specialized and gourmet products infused with health-enhancing organic substance. Although it is a recent startup, the company is not in debt, and monthly sales have hovered around the one million dollar mark.

Visit PrivCo.com now for financial research on over 901,454 private companies and 114,367 private market deals.

2016Copyright PrivCo LLC - Copying is Prohibited          April 2016 | www.privco.com          8

# Organo Gold Int'l, Inc.

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit:
www.privco.com/private-company/organo-gold



| PRIVCO MEDIA, LLC. | SALES/LICENSING |
| --- | --- |
| 19 W 21st Street | T: (212) 645-1686 |
| 11th floor | F: (646) 304-1193 |
| New York, NY 10010 | sales@privco.com |
| www.privco.com | |

Private Companies    Investors    VC Fundings    Private Equity Deals    M&A Deals

PrivCo is the premier source for business and financial research on major, non-publicly traded corporations, including family owned, private equity owned, venture backed, and international unlisted companies. Click here to learn more about the PrivCo Platform.

PrivCo's Private Company Reports include:

- Financials & Statistics: Annual Revenues, Employee Counts, Productivity Charts (Excel-ready!)
- Detailed Funding and VC Investment Activity with Funding Round breakdowns, deal terms, and analysis
- Detailed M&A deal data with FULL deal reports including multiples, deal advisors, and more
- Detailed Business Descriptions including key products and services, brands, major milestones, business strategy, and business model analysis
- Competitors and Private and Public Company Comparables (assist in competitive analysis and company valuations)
- Public/Private History (PPH) tables that map go private/go public activity like Leveraged Buyouts and IPO attempts
- Bankruptcy & Restructuring tables with detailed notes and filing-accurate information

There are over 150,000 firms in the U.S. that generate over $10 million in annual revenues yet traditional business media focuses almost exclusively on the same 15,000 publicly traded companies. By combining the very best financial analysis, editorial quality review, market research, and our proprietary data technology, PrivCo is dedicated to producing intelligent, in-depth business and financial research on the other 90% of major corporations.



Visit PrivCo.com now for financial research on over 901,454 private companies and 114,367 private market deals.
2016Copyright PrivCo LLC - Copying is Prohibited      April 2016 | www.privco.com     14

# Organo Gold Int'l, Inc.

To ensure that you're viewing PrivCo's complete and most up-to-date information on Organo Gold Int'l, Inc., please visit:
www.privco.com/private-company/organo-gold

# PrivCo Private Company Financial Report

If this PDF was shared with you, but you do not have access to the PrivCo database and would like to check for updates on this company and thousands of other PrivCo Private Company Financial Reports, please contact sales@privco.com or call 212-645-1686 to speak with a PrivCo sales representative.

This report contains proprietary research by PrivCo Media, LLC. and is subject to copyright by PrivCo. Use is subject to Terms of Use and Legal Disclaimers which can be found in full at www.privco.com.

Copying and redistribution is prohibited without permission of the publisher. PrivCo's Private Company Financial Reports are designed to provide factual information and all information contained in this publication has been gathered from sources deemed reliable but its accuracy cannot be guaranteed. PrivCo is not a registered investment advisor, and under no circumstances shall any of the information provided herein be construed as a buy/sell recommendation or investment advice of any kind.

Copyright © 2016 PrivCo Media, LLC. All rights reserved. PrivCo Private Company Ticker Symbol, PrivCo Industry Classification System (PICS) codes, and The Private Company Financial Data Authority are all trademarks of PrivCo.



Visit PrivCo.com now for financial research on over 901,454 private companies and 114,367 private market deals.

2016Copyright PrivCo LLC - Copying is Prohibited          April 2016 | www.privco.com          15